PEARL MURRAY, Respondent, v. JAN MURRAY, Appellant.— Orders unanimously modified by reducing the alimony to $160 a week plus $25 a week on account of arrears and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

CONSTANCE W. AL-RAWAF, Respondent, v. KHALIL AL-RAWAF, Appellant.— Order unanimously affirmed, with $20 costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ERNST LUCHTENSTEIN et al., Respondents, v. ALBERT HERSKOVITS & SONS, INC., Appellant.— Order affirmed, with $20 costs and disbursements. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and deny the motion. No opinion.

In the Matter of INDEPENDENT PETROLEUM WORKERS OF NEW JERSEY, Appellant, for an Order Directing Arbitration between Appellant and STANDARD OIL COMPANY OF NEW JERSEY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of BENJAMIN ALTMAN.— Motion for reinstatement denied. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MARGUERITE GRYNKRAUT v. JOBE CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 273 App. Div. 965.]

IRVING SILVERSTEIN v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See 273 App. Div. 990.]

ORTHUD B. T. FLOOD v. THEODORE H. THIESING et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See 273 App. Div. 548.]

ISAAC SHAPIRO v. MORRIS DANZIG.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 273 App. Div. 1000.]

MITCHELL KENNERLY, JR., et al., on Behalf of Themselves and Other Similarly Situated Consumers of Telephone Service Supplied by the New York Telephone Company, v. NEW YORK TELEPHONE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 273 App. Div. 964.]

MARIO J. MELENDEZ et al. v. GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORPORATION, LTD.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 273 App. Div. 960.]

MAX HOCHBERG v. WILLIAM WEISMAN.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See 273 App. Div. 990.]

JULIUS LUFTMAN et al., Suing on Their Own Behalf and on Behalf of All Other Similarly Situated Tenants of the Hotel Marcy, v. PAUL ROSS et al., as the Temporary City Housing Rent Commission, et al.— Motion for reargument denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See 273 App. Div. 888, 946.]